No. 970. PELLEGRINO *v.* ADERHOLD, WARDEN. May 31, 1932. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. A. K. Shipe* for petitioner. No appearance for respondent.